UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CHRISTIAN ABREU,<br><br>          Defendant. | 25 Cr. 189 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 25, 2025, the Defendant was presented and arraigned on the charges in the Indictment, to which he pleaded not guilty, by Magistrate Judge Barbara Moses. (Dkt. #6). The Defendant shall appear for an initial conference on **July 9, 2025**, at **11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:   July 1, 2025
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge