ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| ──────── | |
| Rachel Perillo | |

July 31, 2025

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    Re:    United States v. Christian Abreu
                25 Cr. 189 (KPF)

Dear Judge Failla:

    I represent Christian Abreu, the defendant in the above-referenced matter, having been appointed pursuant to the Criminal Justice Act. This letter is respectfully submitted to request that your Honor authorize the appointment of my associate, Rachel Perillo, Esq., as associate counsel in this matter to assist me in various aspects of the case.

    Ms. Perillo is an associate at my law office and is admitted to practice before this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern and Eastern Districts of New York.  It is expected that her assistance will be needed in Mr. Abreu's case for various reasons, including to help review the voluminous discovery in this matter, to meet with Mr. Abreu at the Metropolitan Detention Center to review discovery and discuss his case, as well as to assist in legal research, the preparation of pretrial motions, and at trial, if necessary. Ms. Perillo's assistance would also be more cost-effective at the CJA associate rate of $137.00 per hour, and her work would not be duplicative.

    If the Court grants this application, it is respectfully requested that Ms. Perillo be approved at the CJA rate of $137.00 per hour, nunc pro tunc to July 9, 2025. The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

Application GRANTED. The Court appoints Ms. Perillo as CJA counsel for Mr. Abreu *nunc pro tunc* to July 9, 2025. Ms. Perillo is directed to file a notice of appearance promptly.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:  August 1, 2025          SO ORDERED.
        New York, New York

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE