ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  
———  
Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

**MEMO ENDORSED**

November 10, 2025

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Christian Abreu
             25 Cr. 189 (KPF)

Dear Judge Failla:

    I represent Christian Abreu, the defendant in the above-referenced matter. This letter is respectfully submitted without objection from the government, by AUSA Patrick Moroney, to request an adjournment of the sentencing in this matter, presently scheduled for January 15, 2026, to April 15 or April 16, 2026.

    There are several reasons for this request. First, and most importantly, Mr. Abreu has extensive personal and family trauma, and a lengthy ACS/foster care and institutional history (including significant abuse that occurred while in the custody of ACS), which must be further investigated in order to provide a complete and accurate picture of his personal history and characteristics at sentencing. We are in the process of acquiring the necessary records, which we expect to be voluminous; however, due to many bureaucratic hurdles, more time is needed to obtain and sufficiently review these records prior to sentencing.

    Additionally, due to lockdowns at the Metropolitan Detention Center ("MDC"), the ongoing government shutdown, medical issues of my own, and medical issues of the assigned mitigation specialist, more time is needed to meet with Mr. Abreu at the MDC to discuss his personal history and his case in order to effectively prepare for sentencing.

    It is therefore respectfully requested that the January 15, 2026 sentencing be adjourned to April 15 or April 16, 2026 at any time that is convenient for the Court.

Hon. Katherine Polk Failla
November 10, 2025
Page Two

      If the Court has any questions regarding this application, please do not hesitate to contact me.

      The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,<br>
/s/<br>
Jeremy Schneider

cc:    AUSA Patrick Moroney (by ECF)

---

Application GRANTED.  The sentencing hearing previously scheduled for January 15, 2025, is hereby ADJOURNED to **April 16, 2026, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.  As before, Defendant Mr. Abreu's sentencing submission is due two weeks prior to sentencing, and the Government's sentencing submission is due one week prior.  The Clerk of Court is directed to terminate the pending motion at docket entry 20.

SO ORDERED.

Dated:    November 12, 2025
             New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE