ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman

Jeremy Schneider

Robert A. Soloway

David Stern
_____

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

<div style="border:1px solid black; display:inline-block; padding:4px;">

# MEMO ENDORSED

</div>

March 4, 2026

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

<div style="margin-left:2em;">

Re:    United States v. Christian Abreu
              25 Cr. 189 (KPF)

</div>

Dear Judge Failla:

I represent Christian Abreu, the defendant in the above-referenced matter. This letter is respectfully submitted without objection from the government, by AUSA Patrick Moroney, to request an adjournment of the sentencing in this matter, presently scheduled for April 16, 2026 at 3:00 p.m., to July 21, 22, or 23, 2026.

As the Court may remember from our previous applications, Mr. Abreu has a significant history of child abuse and neglect. His ACS records date back to when he was a toddler, and he was in foster care from a very young age until "aging out" of the system as an adult. Counsel previously requested a lengthy adjournment, which the Court granted, for additional time to gather records of Mr. Abreu's traumatic history for mitigation purposes at sentencing. However, it took many months to receive the records, which have proven to be voluminous, and include records from ACS/foster care, various hospitalizations, psychiatric records, testing and treatment, and we recently learned that there are more records to be obtained, which will require additional time. Additionally, based upon review of the records already received, we believe it is necessary to have a psychiatric expert assigned to evaluate Mr. Abreu before he is sentenced, which will also require more time. Finally, the assigned mitigation specialist, who has been meeting with Mr. Abreu and reviewing the records already received, will be traveling for both business and pleasure throughout March and will need more time to finalize her review of the records and prepare a report.

Counsel recognizes that the sentencing has already been adjourned for a significant length of time from the date of Mr. Abreu's plea in September 2025. However, it is crucial that

Hon. Katherine Polk Failla
Page Two
March 4, 2026

we obtain the information described herein in order to effectively prepare for sentencing. We hope that an adjournment to July 21, 22, or 23 will permit sufficient time to obtain, review and apply the necessary records and information in preparation of sentencing.

If the Court has any questions regarding this application, please do not hesitate to contact me. The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

cc:    AUSA Patrick Moroney (by ECF)

Application GRANTED.  The sentencing hearing previously scheduled for April 16, 2026, is hereby ADJOURNED to **July 23, 2026,** at **3:00 p.m.**

Dated:    March 5, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE